CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KALYANARAMAN SANTHANAM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP &<br>IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-10973-KAW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before May 11, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 3. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or June 30, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment by July 10, 2026.

Stipulation to Extend
Case No. 4:25-cv-10973-KAW                    1

Dated: May 1, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 1, 2026

*/s/ Kalyanaraman Santhanam*
KALYANARAMAN SANTHANAM

*/s/ Venkatesh Sailappan*
VENKATESH SAILAPPAN
Pro Se Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 4, 2026

HON. KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 4:25-cv-10973-KAW                    2